DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:06-cr-063-RRB |
| ) | |
| LOWELL SCOTT JOHNSON, ) | <u>ERRATTA REGARDING</u> |
| ) | <u>PETITION FOR WRIT OF</u> |
| On Writ of Habeas Corpus ) | <u>HABEAS CORPUS AD</u> |
| ) | <u>PROSEQUENDUM</u> |

COMES NOW the United States by and through counsel and notifys the Court that the government's Petition for Writ of Habeas Corpus ad prosequendum filed at Docket 4 stated that the defendant is being held at the Lemon Creek Facility in Juneau. The Petition should have stated that he is being held at the Palmer Jail in Palmer, Alaska. The same mistake was noticed in the proposed

order and writ itself. Corrected copies of both are attached hereto.

RESPECTFULLY SUBMITTED this 25th day of July, 2006 at Anchorage, Alaska.

                                        DEBORAH M. SMITH
                                      Acting United States Attorney

DATED: July 25, 2006          s/ David A. Nesbett
                                      DAVID A. NESBETT
                                      Special Assistant U.S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 West Seventh Avenue, Rm 253
                                      Anchorage, Alaska 99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-1500
                                      Email: david.nesbett@usdoj.gov