MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs LOWELL SCOTT JOHNSON   CASE NO.  3:06-CR-00063-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE         PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      DAVID NESBETT

DEFENDANT'S ATTORNEY:        KEVIN MCCOY, APPOINTED

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 08/01/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:04 p.m. court convened.

 X Copy of Ind given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:  Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted appointment.  FPD notified.

 X PLEAS Not Guilty to Count 1 of the Indictment and DENIED Count 2 of the Indictment.

 X Defendant detained; Order of Detention Pending Trial FILED.

 X Pretrial motions due **August 21, 2006;** Meet and confer due by **August 8, 2006.**

 X Counsel advised of trial date: Final Pretrial Conference set for **September 19, 2006 at 8:30 a.m.**  Trial by Jury set for **September 25, 2006 at 8:30 a.m.**  Order for the Progression of a Criminal Case FILED.

At 3:13 p.m. court adjourned.

DATE:   August 1, 2006      DEPUTY CLERK'S INITIALS:    Ce