Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>    Defendant. | NO. 3:06-cr-00063-RRB<br><br>**ENTRY OF APPEARANCE** |

  Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant LOWELL SCOTT JOHNSON in the above-captioned action.

  DATED at Anchorage, Alaska this 2nd day of August 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       601 West Fifth Avenue, Suite 800
       Anchorage, AK 99501
       Phone:  907-646-3400
       Fax:   907-646-3480
       E-Mail:  kevin_mccoy@fd.org

Certification:
I certify that on August 2, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy