Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>Defendant. | NO. 3:06-cr-00063-RRB<br><br>**MOTION TO DISMISS COUNT 2** |

  Lowell Johnson asks this court for an order dismissing Count 2 of the indictment with prejudice. Count 2 seeks criminal forfeiture of "all firearms and ammunition involved in the commission of the offense, including but not limited to one Hi-Point .40 caliber semiautomatic handgun, model JCP, serial number X722649, and one Bryco Arms 9mm caliber semiautomatic handgun, model Jennings Nine, serial number 516230, pursuant to Title 18, United States Code, Section 924(d)(1). Dismissal with prejudice is appropriate because the criminal forfeiture alleged in Count 2 has commenced more than 120 days following the seizure of the weapons.

  This motion is submitted pursuant to D. Ak.L.Crim.R. 47.1 and is based upon the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 21st day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the ***Motion to Dismiss Count 2*** was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy