Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>          Defendant. | NO. 3:06-cr-00063-RRB<br><br>**MOTION FOR BILL OF PARTICULARS AS TO COUNT 2** |

Lowell Johnson asks this court for an order requiring the government to file a bill of particulars as to Count 2.  A bill of particulars is necessary to apprize Mr. Johnson of the property the government alleges violated 18 U.S.C. § 924(d)(1).  A bill of particulars will minimize surprise at trial, will aid Mr. Johnson in preparing for trial, and will safeguard his right not to be placed in jeopardy for the same offense.

This motion is submitted pursuant to the Fifth Amendment, the Sixth Amendment, Fed.R.Crim.P. 12(f), D.Ak.L.Crim.R. 47.1, and is based upon the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 21st day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the *Motion for Bill of
Particulars as to Count 2* was
served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy