Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>　　　　　Defendant. | NO. 3:06-cr-00063-RRB<br><br>**UNOPPOSED MOTION FOR ORDER PERMITTING LOWELL JOHNSON TO WITHDRAW HIS MOTION TO DISMISS AND REQUEST FOR BILL OF PARTICULARS** |

　　　　Lowell Johnson asks this court for an order withdrawing his motion to dismiss at Docket No. 12 and his request for a bill of particulars at Docket No. 14.  Withdrawal of these motions is appropriate because the parties have reached a settlement in the matter, that dispenses with further litigation of these motions.

　　　　The government does not oppose this request.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 30th day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 30, 2006,
a copy of the *Unopposed Motion for Order Permitting Lowell Johnson to Withdraw His Motion to Dismiss and Request for Bill of Particulars* was
served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy