UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>　　　　Defendant. | NO. 3:06-cr-00063-RRB<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed request for leave to withdraw the motions filed at Dockets Nos. 12 and 14;

It is hereby ordered that the request is granted. The motions at Docket Nos. 12 and 14 are deemed withdrawn.

DATED this ____ day of _____ 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE