Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>    Defendant. | NO. 3:06-cr-00063-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.  I am the attorney for Lowell Johnson.

2.  On Mr. Johnson's behalf, I timely filed two pretrial motions; one at Docket No. 12, seeking dismissal of Count 2, and a second at Docket No. 14, seeking a bill of particulars as to Count 2.

3.  On August 30, 2006, the parties reached a settlement in this matter which contemplates a plea to the charges in the indictment in return for a promise that all charges pending

before the Palmer, Alaska Superior Court will be dismissed in return for a guilty plea to both counts in this case.

   4. Part of the agreement requires Mr. Johnson to withdraw the pending motions at Docket Nos. 12 and 14.

   5. For all these reasons, Mr. Johnson seeks leave to withdraw the motions filed on his behalf at Docket Nos. 12 and 14.

   6. On August 30, 2006, I spoke with Assistant U.S. Attorney David Nesbett. Mr. Nesbett endorses this request.

   FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 30th day of August 2006.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 30, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:
David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

*United States v. Lowell Scott Johnson*
Case No. 3:06-cr-00063-RRB                  Page 2