Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>    Defendant. | NO. 3:06-cr-00063-RRB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Lowell Johnson intends to plead guilty to Count 1 of the indictment and admit the allegations in Count 2 of the indictment pursuant to a written plea agreement he has reached with the government.  One promise has been made by the government to Mr. Johnson that is not contained in the written plea agreement.  That promise is that all charges in *State v. Lowell Johnson*, 3PA-S06-0145 CR, will be dismissed with prejudice following sentencing in this matter.

DATED at Anchorage, Alaska this 15th day of September 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on September 15, 2006,
a copy of the *Notice of Intent to Change Plea* was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy