**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　USA　 v. 　LOWELL SCOTT JOHNSON　

DATE: 　September 15, 2006　  CASE NO. 　3:06-CR-0063-RRB　

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

　　　　Defendant has filed a Notice of Intent to Change Plea at Docket 18.  The change of plea hearing will be held on **Tuesday, September 19, 2006, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.  The final pretrial conference scheduled for September 19, 2006, at 8:45 a.m. is **vacated**.

M.O. SCHEDULING HEARING