MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs LOWELL SCOTT JOHNSON      CASE NO. 3:06-cr-00063-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       ROBIN CARTER

UNITED STATES ATTORNEY:      DAVID NESBETT

DEFENDANT'S ATTORNEY:        KEVIN MCCOY

U.S.P.O.:                    PATRICIA WONG

PROCEEDINGS: CONTINUED PROPOSED CHANGE OF PLEA HELD 9/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above      Age: 36

X Defendant changed pleas to guilty on Counts 1-2 of the Indictment.

X Court accepted pleas. Referred to P.O. for presentence report.

X Imposition of Sentence set for  **12/1/06 at 10:30 AM**

At 10:17 a.m. court adjourned

DATE: 9/20/06           DEPUTY CLERK'S INITIALS:    Rc

05/00