Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00063-RRB |
| Plaintiff, | |
| vs. | **LOWELL JOHNSON'S SENTENCING MEMORANDUM** |
| LOWELL SCOTT JOHNSON, | |
| Defendant. | |

**I.     Introduction.**

Lowell Johnson submits this memorandum to assist the court at the December 1, 2006, hearing. At sentencing Mr. Johnson will be asking for the recommended 110 month sentence. In addition, he will be asking for a judicial recommendation that he be placed at F.C.I. Sheridan for two reasons. First, that facility is the closest to his mother who resides in Alaska. Second, the educational opportunities available at F.C.I. Sheridan are the educational opportunities he wishes to take advantage of during the period of his incarceration.

**II.     Application Of 18 U.S.C. § 3553(a).**

Sentencing in this case is controlled by the factors set forth in 18 U.S.C. § 3553(a). The law requires the court to correctly calculate the applicable sentencing guideline computation and then to balance as appropriate the various factors set for in § 3553(a). In the present case, the sentencing guideline computation in Ms. Wong's presentence report is correct. Mr. Johnson's total adjusted offense level is level 25 and his criminal history category is category VI.

In this instance, Mr. Johnson will be asking for a 110 month sentence. This will be by far the longest period of imprisonment Mr. Johnson has ever confronted. His primary goal will be to make the most of his time in custody. As the presentence report reflects, Mr. Johnson dropped out of high school and thereafter never managed to obtain a graduate equivalent diploma (G.E.D.). Mr. Johnson believes that his law violations stem from his lack of education and the absence of a readily marketable skill. Mr. Johnson hopes to use this period of custody to obtain a G.E.D., obtain formal training as a welder, and ultimately obtain employment through Unicore. With a G.E.D. and with training as a welder, Mr. Johnson hopes to be able to avoid further law violations and to lead a more productive life.

**III.    Conclusion.**

For all these reasons, Mr. Johnson asks the court to impose the 110 month recommended sentence. He asks for a strong judicial recommendation that he be classified to F.C.I. Sheridan so that he can obtain a G.E.D., receive training as a welder, and ultimately find employment during his incarceration in the Unicore Program.

DATED at Anchorage, Alaska this 27th day of November 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on November 27, 2006,
a copy of *Lowell Johnson's Sentencing Memorandum* was served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy