```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  LOWELL SCOTT JOHNSON        CASE NO. 3:06-cr-00063-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES ATTORNEY:          DAVID NESBETT

DEFENDANTS ATTORNEY:             KEVIN MCCOY

U.S.P.O.:                        PATRICIA WONG

PROCEEDINGS: IMPOSITION OF SENTENCE HELD: 12/1/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:33 a.m. court convened.

X Notice of Appeal form given to defendant/defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of 100 months

X Defendant placed on supervised release for a period of 3 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ 100.00 , due immediately.

X Defendant remanded to the custody of the U.S. Marshal.

At 10:56 a.m. court adjourned.

DATE: December 1, 2006        DEPUTY CLERK'S INITIALS:   rmc