NELSON P. COHEN
United States Attorney

DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-063-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO AMENDED** |
| v. ) | **JUDGMENT** |
| ) | |
| LOWELL SCOTT JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby moves, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, to amend the Judgment in this case.

The government has noticed upon review of the minutes from the sentencing hearing from December 1, 2006, that it is possible that criminal forfeiture of the firearms was not discussed at the hearing.  See Preliminary Order of Forfeiture,

Clerk's Docket No. 24. The government respectfully requests, therefore, that Judgment be corrected, if necessary, to reflect that the defendant is ordered to forfeit his interest in the two firearms more particularly described in Count 2 of the Indictment.

RESPECTFULLY submitted this <u>8th</u> day of December, 2005, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        <u>S/ David Nesbett</u>
        Special Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513-7567
        Telephone: (907) 271-5071
        Facsimile: (907) 271-1500
        david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006,
a copy of the foregoing was served
electronically on:

Kevin McCoy

<u>s/ David A. Nesbett</u>