Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LOWELL SCOTT JOHNSON,<br><br>            Defendant. | NO. 3:06-cr-00063-RRB<br><br>**NON-OPPOSITION TO MOTION TO AMEND JUDGMENT** |

Lowell Johnson does not oppose the government's motion to amend the judgment so that the firearms forfeiture can be accomplished.

DATED at Anchorage, Alaska this 11th day of December 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:         907-646-3400
Fax:             907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on December 11, 2006,
a copy of the *Non-Opposition to
Motion to Amend Judgment* was
served electronically on:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy