ORIGINAL

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 JUL 28 PM 2:58

RECEIVED
DEC 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) |
| | ) Case No. 3:06-cr-063-RRB |
| LOWELL SCOTT JOHNSON, | ) |
| | ) |
| On Writ of Habeas Corpus | ) WRIT OF HABEAS CORPUS AD |
| | ) PROSEQUENDUM |
| _____ | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| DISTRICT OF ALASKA | ) |
| | ) |
| _____ | ) |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of LOWELL SCOTT

JOHNSON, by you imprisoned and detained as it is said, at the Palmer Jail in

Palmer, Alaska, under safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling

an arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in <u>United States of America v. Lowell Scott Johnson</u>, Case No. 3:06-cr-063-RRB, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

 This is a continuing Writ on this date and such other times as the court directs.

 WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 28th day of July, 2006.

       IDA ROMACK
       CLERK, U.S. DISTRICT COURT

          **REDACTED SIGNATURE**
       By _____
         DEPUTY CLERK

**U.S. MARSHALS RETURN**

I hereby certify and return that _LOWELL SCOTT JOHNSON_ was transported from _MAT SU PRETRIAL_ to _ANCHORAGE_ on _12/01/2006_ as ordered by the court.

    Randy M. Johnson
    U.S MARSHAL
    By: _R. Smith_
    Deputy U.S. Marshal
    CRIMINAL PROGRAM SPECIALIST

12/19/06 — LOWELL JOHNSON REMANDED TO FED CUSTODY ON DETAINER.