NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-063-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROOF OF** |
| | ) | **PUBLICATION** |
| v. | ) | |
| | ) | |
| LOWELL SCOTT JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of publication of the notice of forfeiture in a newspaper of general circulation in the judicial district where the property was seized, as required by Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Attached hereto as Exhibit 1 is the Anchorage Daily News Affidavit of Publication attesting to the publication on

November 27, December 4, and December 11, 2006, together with a photocopy of the published advertisement.

Respectfully submitted this 30th day of January, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, a true and correct copy of the foregoing NOTICE OF PROOF OF PUBLICATION was served electronically on:

KEVIN McCOY (Counsel for Defendant Lowell Scott Johnson)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley