**Anchorage Daily News**
**Affidavit of Publication**
1001 Northway Drive, Anchorage, AK 99508

RECEIVED
JAN - 4 2007
ASSET FORFEITURE &
SEIZED PROPERTY BRANCH

12/13/2006

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 59232 | 11/27/2006 | | DEPA0825 | $121.66 | | | | | | |
| | 12/04/2006 | | DEPA0825 | $121.66 | | | | | | |
| | 12/11/2006 | | DEPA0825 | $121.66 | | | | | | |
| | | | | $364.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $364.98 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:
December 19, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

[Notary Seal: KIMBERLY A. KIRBY, NOTARY PUBLIC, STATE OF ALASKA]

---

**NOTICE OF JUDICIAL FORFEITURE:**
UNITED STATES OF AMERICA
v.
LOWELL SCOTT JOHNSON
Case No. 3:06-cr-00063-RRB

To all interested persons in the above-styled case, notice is hereby given that on October 13, 2006, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. §942(d)(1), forfeiting the following firearms to the United States of America: (1) HI-POINT .40 CALIBER SEMIAUTOMATIC HANDGUN, MODEL JCP, SERIAL NUMBER X722649, and (2) BRYCO ARMS 9MM SEMIAUTOMATIC HANDGUN, MODEL JENNINGS NINF, SERIAL NUMBER 516230.
Pursuant to 21 U.S.C. §853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.
All such petitions must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Pub: 11/27 & 12/4, 11, 2006



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

727010-06-0063

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:06-cr-00063-RRB |
|---|---|
| DEFENDANT<br>LOWELL SCOTT JOHNSON | TYPE OF PROCESS<br>Publication |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>**ANCHORAGE DAILY NEWS** |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>1001 Northway Drive, Anchorage, AK 99508     Telephone: (907) 257-4444 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **KATIE VOKE**<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

| Signature of Attorney or other Originator requesting service on behalf of<br>Katie Voke | PLAINTIFF XXXX<br>DEFENDANT | TELEPHONE NO.<br>(907) 271-2304 | DATE<br>10/24/06 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin<br>No. 1 | District to Serve<br>No. 1 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE<br>11/21/06 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:<br>Bureau of ATF<br>ADDRESS: Comptroller/Seized Property Branch<br>Massachusetts Ave., NW<br>Techworld, Suite 710<br>Washington, DC 20226 | A person of suitable age and discretion then residing In the defendant's usual place of abode. |
|---|---|
| | DATE OF SERVICE   TIME OF SERVICE   AM / PM<br>1/8/07 |
| | SIGNATURE, TITLE AND TREASURY AGENCY |

REMARKS:   See Attached Proof