NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-063-RRB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| LOWELL SCOTT JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case. This motion is supported by

the attached Declaration of Counsel.

    DATED this 7th day of February, 2007 in Anchorage, Alaska.

                                   NELSON P. COHEN
                                   United States Attorney

                                   s/James Barkeley
                                   JAMES BARKELEY
                                   Assistant U.S. Attorney
                                   Federal Building & U.S. Courthouse
                                   222 W. 7th Avenue, #9, Room 253
                                   Anchorage, AK 99513-7567
                                   Phone: (907) 271-3699
                                   Fax: (907) 272-5011
                                   Email: jim.barkeley@usdoj.gov
                                   Alaska Bar No. 8306019


**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION FOR FINAL DECREE OF FORFEITURE,
DECLARATION OF COUNSEL, and proposed FINAL
DECREE OF FORFEITURE were sent electronically
this 7th day of February, 2007, to:

KEVIN McCOY (Counsel for Lowell Scott Johnson)

s/James Barkeley