NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-063-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| LOWELL SCOTT JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

   1.   On September 20, 2006, defendant LOWELL SCOTT JOHNSON pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case.  On October 13, 2006, the Honorable Ralph R. Beistline entered a Preliminary Order

Of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the following two firearms, described in Count 2:

    a.    HI-POINT .40 CALIBER SEMIAUTOMATIC HANDGUN, MODEL JCP, SERIAL NUMBER X722649; and

    b.    BRYCO ARMS 9MM SEMIAUTOMATIC HANDGUN, MODEL JENNINGS NINE, SERIAL NUMBER 516230.

2.    Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited firearms are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.    The ATF published notification of the Court's August 23, 2006 Preliminary Order Of Forfeiture in the Anchorage Daily News on November 27, December 4, and December 11, 2006. Docket 34. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

4.    No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described firearms have been filed by any other person or entity within the time allowed by law.

5.    Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said property be forfeited as to all persons. Full right, title and interest in the above-described firearms shall be and hereby is vested in the United States.

Further, the ATF and its property manager and/or its contractor should be directed to dispose of the above-described firearms and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 7th day of February, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 272-5011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
DECLARATION OF COUNSEL was sent electronically
this 7th day of February, 2007, to:

KEVIN McCOY (Counsel for Lowell Scott Johnson)

s/James Barkeley