IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-063-RRB |
| ) | |
| Plaintiff, ) | **FINAL DECREE OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| LOWELL SCOTT JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On September 20, 2006, defendant LOWELL SCOTT JOHNSON pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found as follows:

That the defendant's interest, if any, in the following firearms is property constituting firearms or ammunition involved in or used in the commission of such violation, thereby rendering said property subject to forfeiture under 18 U.S.C. § 924(d)(1):

1. HI-POINT .40 CALIBER SEMIAUTOMATIC HANDGUN, MODEL JCP, SERIAL NUMBER X722649; and

2. BRYCO ARMS 9MM SEMIAUTOMATIC HANDGUN, MODEL JENNINGS NINE, SERIAL NUMBER 516230.

AND WHEREAS, on October 13, 2006, the Court entered a Preliminary Order Of Forfeiture forfeiting all of the right, title and interest of defendant LOWELL SCOTT JOHNSON in the above-referenced firearms, described in Count 2, pursuant to 18 U.S.C. §

924(d)(1).

AND WHEREAS, on November 27, December 4, and December 11, 2006, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") published, in the Anchorage Daily News, a newspaper of general circulation, notice of the Preliminary Order Of Forfeiture and of the intent of the United States to dispose of said property in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited property have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the firearms listed above, is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the ATF and its property manager and/or its contractor according to law.

2. That the ATF is directed to pay any and all costs associated with the described property and to dispose of such according to law.

3. The Clerk is hereby directed to send a copy of this Order to the ATF, 222 W.

7th Avenue, #39, Room 547, Anchorage, AK 99513.

SO ORDERED this 3 day of March, 2007.

_____
HON. RALPH R. BEISTLINE
United States District Court