AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
SEP 1 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2006 JUL 20 PM 2: 54

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| LOWELL SCOTT JOHNSON | CASE NUMBER: 3:06-cr-00063-RRB-JDR |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Lowell Scott Johnson and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
Felon in Possession of a Firearm
Criminal Forfeiture

in violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2)
Title 18 United States Code, Section(s) 924(d)(1)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| REDACTED SIGNATURE  /s/ Deputy Clerk | July 19, 2006  at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at: OFF WRIT @ palmer

| DATE RECEIVED 7-19-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-1-06 | SDUSM LISA Norbert | [signature] |